**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02327-REB-MJW

APRIL A. SALLADAY,

    Plaintiff,

v.

TITLE AMERICA, INC.,

    Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

    On May 23, 2006, the parties filed a **Stipulation for Dismissal With Prejudice** [#14]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation for Dismissal With Prejudice** [#14] filed May 23, 2006, **IS APPROVED**;

    2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

    3. That the Trial Preparation Conference set for May 4, 2007, is **VACATED**; and

4. That the jury trial set to commence May 21, 2007, is **VACATED**.

Dated May 24, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**